UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
            Plaintiff,

v.                                                                 Case No. 07-CR-261

JOSE MARTINEZ
            Defendant.

### ORDER OF DETENTION PENDING REVOCATION HEARING

On October 2, 2007, the court held an initial appearance for the defendant upon his arrest on a warrant issued for violation of conditions of supervised release. The probation report reveals that an inpatient alcohol treatment program would be appropriate pending revocation proceedings. The government and the defendant do not object to the recommendation.

The court concludes from the evidence presented and review of the probation report that no condition or combination of conditions will assure the defendant's appearance or the safety of the community if the defendant were to be released. Therefore, detention is warranted and the defendant will be detained pending placement in an inpatient treatment facility and further revocation proceedings.

**NOW, THEREFORE, IT IS ORDERED** that the defendant, Jose Martinez, be and hereby is committed to the custody of the United States Marshal Service pending placement in an inpatient treatment facility and further proceedings before Judge William C. Griesbach.

Dated this 4th day of October, 2007.

                                                              s/ James R. Sickel
                                                              United States Magistrate Judge